## STEELE *v.* STATE.

[83 South. 725, In Banc. No. 20798.]

CRIMINAL LAW. *Prosecution for having obtained food and lodging with intent to defraud barred in four years.*

Where the offense of obtaining food and lodging with intent to defraud was committed in the year 1915, and the prosecution was not commenced until the year 1918, the accused being within the jurisdiction of the court, not hiding, nor absconding, nor fleeing from justice, such a prosecution was barred by limitation.

APPEAL from the circuit court of Coahoma county.
HON. W. A. ALCORN, Judge.

J. M. Steele was convicted of obtaining food and lodging with intent to defraud the owner of a hotel, and appeals.

The facts are fully stated in the opinion of the court.

*J. H. O'Neal,* for appellant.

*N. T. Currie,* assistant attorney-general, for the state.

HOLDEN, J., delivered the opinion of the court.

The appellant, J. M. Steele, was convicted on an affidavit charging that he obtained food and lodging with the intent to defraud the owner of the hotel. The prosecution was based upon chapter 137, Laws of 1912.

This appeal assigns several grounds for reversal, and we agree with counsel for the appellant that there are many reversible errors in the record. However, we deem it sufficient to point out but one which will dispose of the case. The affidavit, as well as the proof in the case, shows that the alleged offense was

committed in the year 1914, and the prosecution was not commenced until the year 1918, the accused being within the jurisdiction of the court, not in hiding, nor absconding, or fleeng from justce; consequently the prosecution was barred by limitation.

*Reversed and appellant discharged.*